```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 16593
    FILIBERTO NEGRON
    SANDRA I NEGRON                            CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-5639      SSN XXX-XX-0899

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/28/2004 and was confirmed 06/17/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  96.00%.

     The case was dismissed after confirmation 02/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                                 PAID          PAID
--------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED             695.25            67.36          695.25
GRP LOAN CORP             COST OF COLLE       200.00             .00           200.00
CODILIS & ASSOCIATES ^    NOTICE ONLY       NOT FILED            .00              .00
GRP LOAN CORP             CURRENT MORTG         .00              .00              .00
GRP LOAN CORP             MORTGAGE ARRE     47069.75             .00         47069.75
AT & T BANKRUPCTY         UNSECURED           349.48             .00           180.34
ASHTON DRAKE GALLERIES    UNSECURED        NOT FILED             .00              .00
AUDIO BOOKS               UNSECURED        NOT FILED             .00              .00
BANK OF AMERICA NA        UNSECURED          7198.27             .00          3714.51
BANKCARD SERVICES         UNSECURED        NOT FILED             .00              .00
BMG MUSIC SERVICE         UNSECURED        NOT FILED             .00              .00
BOOK OF THE MONTH CLUB    UNSECURED        NOT FILED             .00              .00
COOKING LIGHT             UNSECURED        NOT FILED             .00              .00
DYNACOL                   NOTICE ONLY      NOT FILED             .00              .00
EASTERN CREDIT            NOTICE ONLY      NOT FILED             .00              .00
EASY EVERYDAY COOKING     UNSECURED        NOT FILED             .00              .00
ET WOMANS GDE LOVE S & I  UNSECURED        NOT FILED             .00              .00
JANE MAGAZINE             UNSECURED        NOT FILED             .00              .00
MARUS CARDIOLOGY SMNH     UNSECURED        NOT FILED             .00              .00
MATERNITY BVM             UNSECURED        NOT FILED             .00              .00
MEMBER SERVICES CENTER    NOTICE ONLY      NOT FILED             .00              .00
MODE                      UNSECURED        NOT FILED             .00              .00
MONEY                     UNSECURED        NOT FILED             .00              .00
NORTH SHORE AGENCY        NOTICE ONLY      NOT FILED             .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED             .00              .00              .00
PRENTICE HALL             UNSECURED        NOT FILED             .00              .00
PREVENTION MAGAZINE       UNSECURED        NOT FILED             .00              .00
READERS DIGEST            UNSECURED        NOT FILED             .00              .00
ST MARY OF NAZARETH       UNSECURED        NOT FILED             .00              .00
SAINT MARY OF NAZARETH H  UNSECURED        NOT FILED             .00              .00
ST MARY OF NAZARETH       UNSECURED        NOT FILED             .00              .00
ST MARY OF NAZARETH       UNSECURED        NOT FILED             .00              .00
```

```
STOCKS & COMMODITIES       UNSECURED      NOT FILED              .00            .00
US DEPT OF EDUCATION       FILED LATE         44.95              .00            .00
US DEPT OF EDUCATION       FILED LATE       3167.95              .00            .00
LEGAL HELPERS PC           DEBTOR ATTY       800.00                           800.00
TOM VAUGHN                 TRUSTEE                                          3,172.79
DEBTOR REFUND              REFUND                                               .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  55,900.00

PRIORITY                                                   .00
SECURED                                              47,965.00
    INTEREST                                             67.36
UNSECURED                                             3,894.85
ADMINISTRATIVE                                          800.00
TRUSTEE COMPENSATION                                  3,172.79
DEBTOR REFUND                                              .00
                        ---------------       ---------------
TOTALS                   55,900.00                55,900.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 05/27/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
     CASE NO. 04 B 16593 FILIBERTO NEGRON & SANDRA I NEGRON